UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| LINDA EWING, Individually and on behalf of all others similarly situated, | § § § | DOCKET NO. 2:17-cv-01573-MRH |
| Plaintiff, | § § § | |
| v. | § § | CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |
| FIRST ENERGY CORP., | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendant. | § | |

### ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL

Came on to be considered Plaintiff's Motion for Leave to File Exhibits Under Seal, and the Court having reviewed the motion is of the opinion that the motion should be and hereby is GRANTED.

This Order may be vacated and sealing lifted for cause shown upon the motion of any party or other person with a recognized interest, or after due notice by the Court upon the Court's own motion.

It is so ordered this 16th day of January, 2019

PRESIDING JUDGE

This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.
/s/ Mark R. Hornak, U.S. District Judge