# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| LINDA EWING, §<br>Individually and on behalf of all others §<br>similarly situated, §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>FIRSTENERGY CORP., §<br>    Defendant. § | DOCKET NO. 2:17-cv-01573-MRH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff Linda Ewing and Defendant FirstEnergy Corp. hereby file their Joint Stipulation of Dismissal with Prejudice of Plaintiff's claims against FirstEnergy pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff and Defendant have resolved their differences. Plaintiff hereby dismisses, with prejudice, all of her claims in this lawsuit. As indicated by their attorneys' signatures below, Plaintiff and Defendant stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant. Each party will bear its own costs and attorney's fees.

13568802 v1

-2-

| | |
|---|---|
| **Dated: June 24, 2020** | Respectfully submitted, |
| Linda Ewing | FirstEnergy Corp. |
| By her attorneys, | By its attorneys, |
| */s/Andrew W. Dunlap*_____ | */s/ Richard E. Hepp*_____ |
| **Andrew W. Dunlap** | W. Eric Baisden |
| TX Bar No. 24078444 | Richard E. Hepp |
| *(Admitted Pro Hac Vice)* | **BENESCH, FRIEDLANDER,** |
| **William R. Liles** | **COPLAN & ARONOFF LLP** |
| TX Bar No. 24083395 | 200 Public Square, Suite 2300 |
| *(Admitted Pro Hac Vice)* | Cleveland, Ohio 44114-2378 |
| **JOSEPHSON DUNLAP** | Telephone: 216.363.4500 |
| 11 Greenway Plaza, Suite 3050 | Facsimile: 216.363.4588 |
| Houston, Texas 77046 | ebaisden@beneschlaw.com |
| 713-352-1100 – Telephone | rhepp@beneschlaw.com |
| 713-352-3300 – Facsimile | |
| adunlap@mybackwages.com | |
| wliles@mybackwages.com | |

**AND**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

Joshua P. Geist
P.A. Bar No. 85745
**GOODRICH & GEIST, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: (412) 766-1455
Fax: (412)766-0300
josh@goodrichandgeist.com

13568802 v1