UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| LINDA EWING,<br>Individually and on behalf of all others<br>similarly situated,<br>    Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP.,<br>    Defendant. | DOCKET NO. 2:17-cv-01573-MRH |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the Parties, the above-referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). IT IS ORDERED that all claims in dispute in this lawsuit against Defendant FirstEnergy Corp. be dismissed with prejudice to re-filing. All attorneys' fees and costs will be borne by the party incurring same.

SIGNED this _____ day of _____, 2020.


_____
UNITED STATES DISTRICT JUDGE

13568802 v1