UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| LINDA EWING, § | | |
| Individually and on behalf of all others § | | |
| similarly situated, § | DOCKET NO. 2:17-cv-01573-MRH | |
|    Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| FIRSTENERGY CORP., § | | |
|    Defendant. § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the Parties, the above-referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). IT IS ORDERED that all claims in dispute in this lawsuit against Defendant FirstEnergy Corp. be dismissed with prejudice to re-filing. All attorneys' fees and costs will be borne by the party incurring same.

SIGNED this  1st  day of  July , 2020.

                                                       s/ Mark R. Hornak
                                                     UNITED STATES DISTRICT JUDGE